IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JORGE VILLATORO,

      Plaintiff,                      No. CIV S-11-1453 EFB P

  vs.

JERRY BROWN, et al.,

      Defendants.             ORDER

                               /

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.

      Plaintiff alleges a violation of his civil rights in Fresno and Kern Counties, California. Fresno and Kern Counties are in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 120(d).

      Accordingly, it is hereby ordered that:

      1. This action is transferred to the Fresno Division.

      2. The Clerk of Court shall assign a new case number.

////

////

////

1

3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: June 13, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE